## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS TATE,** | : |
| Plaintiff, | : |
| vs. | : CA 08-0587-WS-C |
| **GATORADE, INC., et. al,** | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' motion to

Dismiss (Doc. 2) be **GRANTED** and that Plaintiff's claims are

**DISMISSED**.

**DONE** this 6th day of January, 2009.

> s/ WILLIAM H. STEELE
> UNITED STATES DISTRICT JUDGE